**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

Melissa Singh,

Plaintiff,

Case No. 1:24-cv-05331-PKC-TAM

v.

Capital Management Services, L.P., ARS National Services, Inc., Experian Information Solutions, Inc., Trans Union LLC, and Equifax Information Services LLC.

Defendant(s).

---------------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL**
**AGAINST EQUIFAX INFORMATION SERVICES LLC**

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, MELISSA SINGH, by and through the undersigned attorney, dismisses the above-entitled action against Defendant EQUIFAX INFORMATION SERVICES LLC, without prejudice. To date, the aforementioned Defendant has not answered or moved for summary judgment.

Dated : October 7, 2024

Respectfully submitted,

By: /s/ Hashim Rahman
Hashim Rahman, Esq.
Rahman Legal
43 W 43rd Street, Suite 204
New York, NY 10036
hrahman@rahmanlegal.com
Phone: (212) 301-7641

*Attorney for the Plaintiff*